**Order entered August 26, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00853-CV

### CRAIG S. PITTMAN AND KELLY KONCAK PITTMAN, Appellant

### V.

### FEDERAL NATIONAL MORTGAGE ASSOCIATION, Appellee

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-00396**

## ORDER

Based on the Court's opinion of this date, appellants' motion to extend time to file brief

is **DENIED**.

/s/     DAVID L. BRIDGES
        JUSTICE